# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Matthew Pristave | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:20-cv-04892-SB (Ex) |
| v. | |
| Ford Motor Company | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on November 3, 2020 as docket number __35__ (the "Offer of Judgment"), judgment is hereby entered for

Plaintiff Matthew Pristave

and against

Defendant Ford Motor Company

according to the terms set forth in the Offer of Judgment.

Date: June 7, 2021          By: _____
United States District Judge